

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RONY DIEUJUSTE,

Petitioner,

v.

TODD BLANCHE, et al.,

Respondents.

Case No.:  26-cv-4542-CAB-VET

**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS**

[Doc. No. 1]

Petitioner Rony Dieujuste has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  [Doc. No. 1 ("Petition").]  Petitioner was detained on May 30, 2025 after he was arrested on suspicion of driving under the influence.  [Petition at 22.]  He received a bond hearing before an Immigration Judge ("IJ") on July 1, 2025; the IJ denied bond.  [*Id.*]  Petitioner challenges the denial of bond.

As the Ninth Circuit has explained, "pursu[ing] habeas review of the IJ's adverse bond determination before appealing to the [Board of Immigration Appeals] BIA . . . was improper.  [Petitioner] should have exhausted administrative remedies by appealing to the BIA before asking the federal district court to review the IJ's decision."  *Leonardo v. Crawford*, 646 F.3d 1157, 1160 (9th Cir. 2011).

///

///

1

26-cv-4542-CAB-VET

The Court therefore **DISMISSES** the Petition without prejudice.

It is **SO ORDERED.**

Dated:  August 12, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge

26-cv-4542-CAB-VET